IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Roderick Berry,<br>　　　　　　Debtor(s) | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7,<br>　　　　　　Movant, | Case No. 16-10987-mdc |
| Roderick Berry,<br>　　　　　　Debtor(s) / Respondent(s), | |
| and<br>William C. Miller, Esq.,<br>　　　　　　Trustee / Respondent | |

## CERTIFICATE OF DEFAULT

　　The undersigned, Attorney for Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 (Movant) hereby certifies that Debtor has defaulted upon the terms of that certain Stipulation in Settlement of Motion for Relief from Automatic Stay approved by the Court on December 20, 2017.

　　It is further certified that the attached notice dated May 17, 2019, was served upon the Debtor and Debtor's attorney on the date appearing on said notice. Debtor has failed to cure the default as stated in the notice and any amounts that may have come due in the normal course following said notice.

　　Accordingly, Movant respectfully requests the Court enter an Order granting Movant relief from the automatic stay with respect to real property of the Debtor known as and located at 1507 E. Cliveden Street, Philadelphia, PA 19150.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC

DATED: July 2, 2019

　　　　　　　　　　　　　　　　　　　　/s/Andrew M. Lubin
　　　　　　　　　　　　　　　　　　　Andrew M. Lubin, Esquire
　　　　　　　　　　　　　　　　　　　alubin@milsteadlaw.com
　　　　　　　　　　　　　　　　　　　Attorney ID No. 54297
　　　　　　　　　　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　　(856) 482-1400
　　　　　　　　　　　　　　　　　　　Attorneys for Movant