# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Roderick Berry,<br>         Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7,<br>         Movant,<br>vs.<br>Roderick Berry,<br>         Debtor / Respondent,<br>and<br>William C. Miller,<br>         Trustee / Respondent. | Case No.: 16-10987-mdc |

## STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 ("Mortgagee"), and Roderick Berry ("Debtor"), by and through their respective counsel, hereby stipulate and agree as follows (as used herein the singular shall include the plural and the masculine shall include the feminine):

1. The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Mortgagee is holder of a mortgage which is a lien on real property owned by Debtor known as and located at 1507e Cliveden St, Philadelphia, PA 19150 ("the Property").

215259-6

3. The parties certify that there is a post-petition delinquency which is to be cured pursuant to the terms of this stipulation said delinquency consisting of the following:

| | |
|---|---|
| 3 Payments @ $2,041.05 (10/01/2017 – 12/01/2017) | $6,123.15 |
| Less Suspense Balance | ($29.16) |
| **Total Post-Petition Arrears** | **$6,093.99** |

4. Commencing on January 1, 2018, Debtor shall resume making regular monthly mortgage payments currently in the amount of $2,041.05 and will pay late charges if applicable.

5. Commencing on January 1, 2018, and continuing through and including May 1, 2018, Debtor shall tender $1,015.66 per month to Mortgagee in addition to the regular monthly payments. The total payment due each month during this five (5) month period shall be $3,056.71. On June 1, 2018, Debtor shall tender $1,015.69 to Mortgagee in addition to the regular monthly payment due. The total payment due for June 2018 shall be $3,056.74.

6. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this stipulation shall change accordingly.

7. Should Debtor fail to make any of the payments required by the terms of this stipulation, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than fifteen (15) days late, Mortgagee may send Debtor and Debtor's counsel a written notice of default of this stipulation. If the default is not cured within ten (10) days of the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property. In the event a Notice of Default is issued and the Debtor remits a partial payment, it is

215259-6

agreed that acceptance of partial payment by the Mortgagee during the cure period shall not constitute a satisfaction or waiver of the Notice of Default. Absent a full cure of the Notice of Default, Mortgagee may file its Certification of Default with the Court and pursue the entry of a relief order.

8. In the event the instant bankruptcy case is converted to a case under Chapter 7, this shall constitute a default under this Stipulation, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property

STIPULATED AND AGREED TO BY:

_____  Dated: 12/7/2017
Matthew H. Lazarus, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Attorney for Debtor

_____  Dated: 12/7/17
Matthew C. Waldt, Esquire
MILSTEAD & ASSOCIATES, LLC
1 E. Stow Road
Marlton, NJ 08053
Attorney for Movant

12/13/17
No Objection:
_____
TRUSTEE
*without prejudice to any trustee rights or remedies

215259-6

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Roderick Berry,<br><br>     Debtor | Chapter 13<br><br>Case No.: 16-10987-mdc |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7,<br>     Movant,<br>vs.<br>Roderick Berry,<br>     Debtor / Respondent,<br>and<br>William C. Miller,<br>     Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on December 7, 2017 with regard to the above matter is APPROVED.

December 20, 2017

                _Magdeline D. Coleman_
                Hon. Magdeline D. Coleman, U.S.B.J.

215259-6

# Exhibit B

# MILSTEAD & ASSOCIATES, LLC

| | | |
|---|---|---|
| Michael J. Milstead | **Attorneys at Law** | Andrew M. Lubin* |
| Richard M. Milstead | 1 E. Stow Road, Marlton, New Jersey 08053 | Mary L. Harbert-Bell* |
| Mark E. Herrera* | Phone (856) 482-1400  Fax (856) 482-9190 | Bernadette Irace* |
| Nelson Diaz* | *www.milsteadlaw.com* | Roger Fay* |

*Also admitted in PA

2501 Seaport Drive
Suite 210
Chester, PA 19013
(215) 717-0043  Fax (215) 717-0044

Our File No. 215259-9

May 17, 2019

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Re:   Debtor(s):  Roderick Berry
      Case No.:  16-10987-mdc
      Creditor / Our Client:  U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7

Dear Mr. Sadek:

We have been advised by our client that payments in accordance with the terms of the Stipulation Agreement approved by the Bankruptcy Court on December 20, 2017, have not been made.

In order to cure the default, it will be necessary for your client to pay $6,953.55, representing the amount that was to be paid for the months of February 1, 2019 through and including May 1, 2019 and due under the terms of the Order through the date of this letter, within ten (10) days from the date of this letter, plus any additional payments and/or late charges which become due during the ten day period. If the funds are not received within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Acceptance of partial payments will not constitute a waiver of Select Portfolio Servicing, Inc. rights to pursue the default in the event the partial payments are not enough to cure the entire default.

Very truly yours,
MILSTEAD & ASSOCIATES, LLC


/s/ Andrew M. Lubin
Andrew M. Lubin, Esquire

cc:  Roderick Berry, 1507 E. Cliveden Street, Philadelphia, PA 19150


**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**