## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
|     Roderick Berry, | |
|         Debtor(s) | Chapter 13 |
| | |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7, | Case No.: 16-10987-mdc |
|         Movant, | |
| | |
| Roderick Berry, | |
|         Debtor(s) / Respondent(s) | |
| | |
| and | |
| William C. Miller, Esq., | |
|         Trustee / Respondent | |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __11th__ day of _____July_____, 20 _19_, upon certification of default under the parties' prior stipulation, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Roderick Berry,, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1507 E. Cliveden Street, Philadelphia, PA 19150;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_Magdeline D. Coleman_

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge