**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Roderick Berry                                CHAPTER 13

                        <u>Debtor(s)</u>

                                                BKY. NO. 16-10987 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION
and index same on the master mailing list.

                                        Respectfully submitted,

                                /s/ <u>Rebecca Solarz</u>
                                Rebecca Solarz
                                30 Nov 2020, 10:48:51, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322