United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Roderick Berry  
  Debtor

Case No. 16-10987-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roderick Berry, 1507 E. Cliveden Street, Philadelphia, PA 19150-3309 |
| 13675380 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 13734007 | +++ | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13675382 | + | City of Philadelphia, Water Revenue Bureau, 1404 JFK Blvd., 5th Floor, Philadelphia, PA 19107-3212 |
| 13675384 | + | City of Philadelphia Law Department, Water Revenue Bureau, Municipal Services Building, 1404 JFK Blvd., 5th Floor, Philadelphia, PA 19107-3212 |
| 13675387 | + | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 13675389 | | Midland Funding, LLC, P.O. Box 93019, San Diego, CA 92123 |
| 14566035 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13675391 | + | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13675392 | + | Target National Bank, 213 East Main Street, Carnegie, PA 15106-2701 |
| 13755193 | | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2021 01:49:00 | PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 13675381 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:26 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13675383 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 13771084 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13706637 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:55:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13675385 | + | Email/Text: megan.harper@phila.gov | | |

Case 16-10987-mdc   Doc 85   Filed 05/20/21   Entered 05/21/21 00:56:34   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 24 |

| Recip ID | | Notice method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13675386 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Dept of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| | | | May 19 2021 01:59:00 | City of Philadelphia, Revenue Department, c/o Law Department, Real Estate Tax Unit, 1 Parkway, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1504 |
| 13685736 | | Email/Text: mrdiscen@discover.com | May 19 2021 01:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13675388 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Funding, 2365 Northside Dr, Ste 30, San Diego, CA 92108-2709 |
| 13675390 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2021 01:49:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Assocation, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRAD J. SADEK | on behalf of Debtor Roderick Berry brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor PNC Bank National Association paeb@fedphe.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Assocation, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Assocation, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | |

on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Assocation, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Roderick Berry
       Debtor(s)　　　　　　　　　　　　　　　Bankruptcy No: 16−10987−mdc
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

　　　　　　　　　　900 Market Street
　　　　　　　　　　Suite 400
　　　　　　　　　　Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 5/18/21

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　82 − 81
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new